UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIA D. MOLLICA, | No. 2:19-cv-2017 KJM DB |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, ET AL., | |
| Defendants. | |

On January 4, 2021, plaintiff filed a motion to compel and noticed the motion for hearing before the undersigned on February 19, 2021, pursuant to Local Rule 302(c)(1). (ECF No. 34.) On February 10, 2021, the partied filed a Joint Statement re Discovery Disagreement pursuant to Local Rule 251. (ECF No. 35.)

The undersigned's Standard Information re discovery disputes set forth on the court's web page explains that parties must meet and confer prior to filing a discovery motion and "must again confer in person or via telephone or video conferencing" prior to the filing of the joint statement. See http://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/united-states-magistrate-judge-deborah-barnes-db. Here, the parties' Joint Statement reflects the parties last meet and confer occurred prior to filing the January 4, 2021 notice of motion to compel. (JS

////

////

1

(ECF No. 35) at 6.)  Despite the passage of over a month the parties did not meet and confer prior to filing the Joint Statement as required by the undersigned's Standard Information.[1]

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's January 4, 2021 motion to compel (ECF No. 34) is denied without prejudice to renewal[2]; and

2.  The February 19, 2021 hearing is vacated.

Dated:  February 16, 2021

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.civil/mollica2017.m&c.ord

---

[1] Moreover, it appears that outside of the exchange of emails the parties only met and conferred via telephone once, on December 3, 2020.  (JS (ECF No. 35) at 5.)

[2] To the extent it may aide the parties' future meet and confer efforts, the parties are advised that the undersigned found plaintiff's portion of the Joint Statement to be quite persuasive.