UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIA D. MOLLICA,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO, ET AL.,<br><br>Defendants. | No. 2:19-cv-2017 KJM DB<br><br><br>**ORDER** |

On March 19, 2021, this matter came before the undersigned for hearing of plaintiff's motion to compel pursuant to Local Rule 302(c)(1). (ECF No. 40.) Attorney Paul Masuhara appeared via Zoom on behalf of plaintiff. Attorney Kavan Jeppson appeared via Zoom on behalf of the defendants. Upon consideration of the arguments on file and those made at the hearing, and for the reasons set forth on the record at that hearing, IT IS HEREBY ORDERED that:

1. Plaintiff's February 25, 2021 motion to compel (ECF No. 37) is granted;

2. Within fourteen days of the date of this order defendants shall produce the responsive documents; and

////

////

////

1

3. Plaintiff's request for attorneys' fees is denied.

Dated: March 20, 2021

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.civil/mollica2017.oah.031921

2