UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lia D. Mollica,<br><br>             Plaintiff,<br><br>      v.<br><br>County of Sacramento, et al.,<br><br>             Defendants. | No. 2:19-cv-02017-KJM-DB<br><br>ORDER |

Plaintiff Lia D. Mollica moves to extend the deadline for the completion of fact discovery. *See* Mot., ECF No. 57.  Her request is based on the need for more time to resolve discovery disputes and for related motion practice.  *See* Mem. at 4, ECF No. 57-1; *see also* Mots. Recons. Magistrate Judge Orders, ECF Nos. 42, 54.  The defendants do not oppose Mollica's request to extend the discovery deadline but ask that other deadlines be extended as well.  *See* Stmt. Non-Opp'n, ECF No. 60.  **The motion to extend deadlines is granted** for good cause shown.  The pretrial scheduling order is modified as follows:

- Fact discovery shall be completed by **January 14. 2022.**
- Expert disclosures shall be completed by **April 8, 2022.**
- Rebuttal expert witness disclosures shall be exchanged by **April 22, 2022**.
- All expert discovery shall be completed by **May 20, 2022**.

1

- All dispositive motions, except for motions for continuances, temporary restraining order or other emergency applications shall be *heard* by **July 15, 2022**.

The defendants have also moved for reconsideration of the magistrate judge's order at ECF No. 51, and they gave notice of a hearing on August 6, 2021.  *See* Mot. Recons., ECF No. 54.  Under this District's Local Rules, when a party requests reconsideration of a magistrate judge's order, "[n]o oral argument shall be allowed in the usual civil action unless the assigned Judge specifically calendars such argument, either on request of a party or *sua sponte*."  E.D. Cal. L.R. 303(e).  The court will not calendar oral arguments on the defendants' motion at ECF No. 54 at this time.  The court therefore **submits** that motion for decision without oral arguments.

This order resolves ECF No. 57.

IT IS SO ORDERED.

DATED: July 27, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE