**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF SACRAMENTO
SACRAMENTO COUNTY SHERIFF'S
DEPARTMENT, SCOTT R. JONES,
TAMMY MORIN, and NANCY GALLAGHER

Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:     (916) 443-6911
Facsimile:      (916) 447-8336
E-Mail: mark@markmerin.com
           paul@markmerin.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIA D. MOLLICA, | Case No. 2:19-cv-02017-KJM-DB |
| Plaintiff, | |
| v. | **JOINT STIPULATION AND ORDER TO CONTINUE PRE-TRIAL DEADLINES** |
| COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SCOTT R. JONES, TAMMY MORIN, and NANCY GALLAGHER, | |
| Defendants. | |

Plaintiff LIA D. MOLLICA ("Plaintiff") and Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SCOTT R. JONES, TAMMY MORIN, and NANCY GALLAGHER (collectively "Defendants"), by and through their counsel of record, hereby stipulate and request that the Court continue the pre-trial deadlines in this matter. Good cause exists for the requested continuance pursuant to Federal Rules of Civil Procedure Rule 16(b) based upon the following:

1. On July 28, 2021, this Court issued an Order extending the pre-trial deadlines in this matter.

2. The deposition of Plaintiff was completed on March 1, 2020.

3. Defendants submit Plaintiff's testimony revealed for the first time newly discovered evidence that are relevant to Plaintiff's injuries; the parties are in discussions regarding re-opening fact discovery as to those matters.

4. The Parties have also commenced informal settlement discussions.

5. The Parties seek an extension of time of the remaining pre-trial deadlines so that they may engage in meaningful settlement discussions and potentially avoid costly expert discovery. Defendants further submit additional time may be necessary to allow them to explore this new information on Plaintiffs' injuries.

6. The Parties, through their respective undersigned counsel, therefore agree and hereby do stipulate to respectfully request that the Court modify the existing scheduling order as follows:

| Event | Original Schedule | Proposed New Schedule |
|---|---|---|
| Expert witness disclosures | April 8, 2022 | July 8, 2022 |
| Expert witness rebuttal | April 22, 2022 | July 22, 2022 |
| Expert discovery | May 20, 2022 | August 20, 2022 |
| Dispositive motions heard | July 15, 2022 | October 15, 2022 |

///
///
///

{02633191.DOCX}                              2
**JOINT STIPULATION AND ORDER TO CONTINUE PRE-TRIAL DEADLINES**

| | | |
|---|---|---|
| 1 | Date: March 15, 2022 | PORTER | SCOTT |
| 2 | | A PROFESSIONAL CORPORATION |
| 3 | | |
| 4 | | By: /s/ John R. Whitefleet |
| | |     John R. Whitefleet |
| 5 | |     Attorneys for Defendants |

Dated: March 15, 2022                    LAW OFFICE OF MARK E. MERIN

By: /s/ Mark E. Merin (authorized on 03/10/22)
    Mark E. Merin
    Paul H. Masuhara
    Attorneys for Plaintiff

**ORDER**

Good cause having been shown, based on the foregoing Stipulation by the Parties, the Court hereby ORDERS as follows:

1. The pre-trial deadlines in this case shall be amended as follows:

| Event | Schedule | Proposed New Schedule |
| --- | --- | --- |
| Expert witnesses | April 8, 2022 | July 8, 2022 |
| Expert witness rebuttal | April 22, 2022 | July 22, 2022 |
| Supp. expert disclosure | May 20, 2022 | August 20, 2022 |
| Dispositive motions heard | July 15, 2022 | October 21, 2022 |

**IT IS SO ORDERED.**

DATED: March 15, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE