UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lia D. Mollica, | No. 2:19-cv-02017-KJM-DB |
| Plaintiff, | ORDER |
| v. | |
| County of Sacramento, et al., | |
| Defendants. | |

The court previously struck defendant's motion for summary judgment for noncompliance with this court's standing order. *See* Order, ECF No. 73. The court ordered the parties to meet and confer about that motion and file a joint status report. *Id.* at 4–5. The court also ordered the defense to show cause why sanctions should not be imposed. *Id.* at 4. The court discharged its order to show cause after reviewing defendants' response. Am. Resp., ECF No. 75; Min. Order, ECF No. 76. The parties have also now met and conferred and have filed a joint status report. ECF No. 77. The court has reviewed the joint report and orders as follows:

(1) Fact discovery is **reopened in part until February 3, 2023** to allow the defense to review and produce responsive documents identified in the parties' joint status report. *See* JSR at 4–5 & n.2. Any motions regarding discovery shall be noticed before the Magistrate Judge, as provided by Local Rule 302(c).

/////

1

1     (2) The defense may renew its previously filed motion for summary judgment by notice filed no later than **February 24, 2023**, with a hearing no later than **March 31, 2023**. Briefing deadlines on any renewed motion will be governed by Local Rule 230. The court will not consider any other dispositive motions.

    (3) The deadlines above may be modified only on a showing of good cause.

IT IS SO ORDERED.

DATED: December 9, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE