UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lia D. Mollica, | No. 2:19-cv-02017-KJM-DB |
| Plaintiff, | ORDER |
| v. | |
| County of Sacramento, et al., | |
| Defendants. | |

Plaintiff has submitted Exhibits N, O and P in support of her opposition to defendants' motion for summary judgment, which the court will address in a separate order. These exhibits contain third parties' medical information and other private information. For the reasons below, the court **strikes** Exhibits N, O and P and **directs plaintiff to refile** the Declaration of Mark Merin and the Exhibits attached to the declaration at ECF No. 80-3.

At hearing on the motion for summary judgment, the court informed parties it would not rely on Exhibits N and P in deciding the motion. Plaintiff attached thousands of pages of inmate grievances and responses in Exhibit N without directing the court to specific grievances or pages that are relevant and related to medical issues similar to plaintiff's. *See* Merin Decl. ¶ 15, ECF No. 80-3. Exhibit P provides a log of health-related grievances. Merin Decl. ¶ 17. The court is not obliged "to comb the record to find some reason to deny a motion for summary judgment," *see Carmen v. San Francisco Unified Sch. Dist.*, 237 F.3d 1026, 1029 (9th Cir. 2001), and declines to do so here. Accordingly, Exhibits N and P are stricken from the record.

1  *See* Fed. R. Civ. P 12(f); *Atchison, Topeka & Santa Fe Ry. v. Hercules, Inc.*, 146 F.3d 1071, 1074
2  (9th Cir. 1998) (courts may strike filings and pleadings under its "inherent power to control [its]
3  docket").
4      At hearing, the court also directed plaintiff to submit a redacted version of Exhibit O,
5  which counsel now has filed. *See* ECF No. 89.  The unredacted version is still available on the
6  public docket, in the same document as Exhibit P, at ECF No. 80-3.  Accordingly, the Clerk of
7  Court is **directed to strike** the filing at ECF No. 80-3 and the entirety of ECF Nos. 81–84
8  (Ex. N).  Plaintiff is **directed to refile** the Declaration of Mark Merin, ECF No. 80-3, which may
9  attach all the other exhibits (i.e., Exhibits A through M and Q through S), **within 7 days** of the
10 filed date of this order.
11     IT IS SO ORDERED.
12 DATED: April 11, 2023.
13

CHIEF UNITED STATES DISTRICT JUDGE

2